# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
THOMAS E. KANE,
        Defendant.

## CRIMINAL COMPLAINT

CASE NUMBER: 96-M0095-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 8, 1995__ in __Plymouth__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) move and travel in interstate commerce with intent to avoid prosecution, custody and confinement after conviction under the laws of the Commonwealth of Massachusetts for a crime which is a felony under such laws, to wit: Rape of Child, Mass Gen. Laws ch. 265, section 23,

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Federal Officer, FBI__ and that this complaint is based on the following
                                  Official Title
facts:    SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:   ☒ Yes  ☐ No

Signature of Complainant MICHAEL H. KOZAK

Sworn to before me and subscribed in my presence,

__August 22, 1996__    at    Boston, Massachusetts
Date                                             City and State

Lawrence P. Cohen, USMJ
Name & Title of Judicial Officer                Signature of Judicial Officer

<u>AFFIDAVIT</u>

I, MICHAEL H. KOZAK, Special Federal Officer, FEDERAL BUREAU OF INVESTIGATION (FBI), being duly sworn, upon my oath, depose and state as follows:

1. The Plymouth County District Attorney's Office has requested the assistance of the FBI in the location and apprehension of THOMAS E. KANE.

2. I have conducted an investigation and determined the following:

    a) On October 19, 1993, THOMAS E. KANE was charged with the crimes of Rape of Child in an indictment filed in Plymouth County Superior Court;

    b) The crime of Rape of Child is a felony under Massachusetts General Laws, Chapter 265, Section 23;

    c) On March 8, 1995, a default capias was issued by the Superior Court Department of the Trial Court in Brockton for the apprehension of THOMAS E. KANE;

    d) Law enforcement efforts to located THOMAS E. KANE within the Commonwealth of Massachusetts have been unsuccessful.

3. Following a delinquent investigation by local, state, and federal authorities, it has been determined that THOMAS E. KANE is no longer residing in the Commonwealth of Massachusetts.

4. As a result of interviews with knowledgeable sources, law enforcement authorities have reason to believe THOMAS E. KANE has fled to New York.

5. First Assistant District Attorney JOSEPH GOUGHAN has informed me that the Plymouth County District Attorney will

rendite THOMAS E. KANE if he is apprehended in the United States.

6. Attached hereto and made a part hereof is a certified copy of the arrest warrant issued by the Plymouth Superior Court on March 8, 1995, for the apprehension of THOMAS E. KANE.

7. Based upon the foregoing and upon my experience and training as a Special Federal Officer with the FBI, there is probable cause to believe that THOMAS E. KANE has fled the Commonwealth of Massachusetts to avoid prosecution for crimes which are felonies under the laws of the Commonwealth of Massachusetts, and that he may be presently located in New York.

MICHAEL H. KOZAK
Special Federal Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this _____ day of August, 1996.

LAWRENCE P. COHEN
U.S. Magistrate Judge

## COMMONWEALTH OF MASSACHUSETTS

NO. __94590__

## COMMONWEALTH

### VS.

__THOMAS E. KANE__

### DEFAULT CAPIAS

PLYMOUTH, SS.                                                                 March _____ Term, 19__95__

To the Sheriffs of our several Counties, or their deputies, or to any Police Officer in the Commonwealth of Massachusetts:                                                GREETING:

We COMMAND YOU, that immediately, without delay, you take the body of

THOMAS E. KANE

of  Kingston            in said county of Plymouth,

(if he be found within your precinct, and  h im  safely keep, so that you have  h im  forthwith before our Justices of the Superior Court Department of the Trial Court holden at Brockton, within and for our said County of Plymouth,
then and there, in our said Court, to answer us.        upon an indictment

found against  h im  for

Rape of Child

Said defendant being in default.

Hereof fail not to make return of this Writ with your doings hereon.
Witness, ~~[REDACTED]~~ Robert A. Mulligan, Esquire, at Plymouth, the  8th  day of March  in the year of our Lord one thousand nine hundred and __ninety-five__

A TRUE COPY ATTEST

_____ CLERK

_____ Asst. Clerk.