```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )
        v.                      )   Magistrate Judge No. 96-95-LPC
                                )
THOMAS E. KANE                  )

## DISMISSAL OF COMPLAINT

The United States, by and through United States Attorney, Michael J. Sullivan, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, dismisses the Complaint filed August 22, 1996, charging Unlawful Flight To Avoid Prosecution in violation of Title 18, United States Code, Section 1073, for the reason that the defendant was prosecuted in Plymouth Superior Court, found guilty for two charges of Child Rape on May 1, 2002 and sentenced to 12 to 15 years at MCI Cedar Junction. Further prosecution for this federal violation is not in the interests of justice.

Respectfully submitted this 8th day of March, 2005.

                                MICHAEL J. SULLIVAN
                                United States Attorney

                        By:     /s/ James B. Farmer
                                JAMES B. FARMER
                                Deputy First Assistant
                                United States Attorney
                                and Criminal Chief

                                DIANE C. FRENIERE
                                Assistant U.S. Attorney

Leave To File Granted,
This ___ day of March, 2005
_____
CHARLES B. SWARTWOOD
United States Magistrate Judge